# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 15cr70 ADM/LIB |
| Caleb Stuart Lofald, Defendant. | Date: August 6, 2015 |
| | Court Reporter: Tim Willette |
| | Courthouse: Minneapolis |
| | Courtroom: 13W |
| | Time Commenced: 1:30 p.m. |
| | Time Concluded: 1:50 p.m. |
| | Time in Court: 20 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Carol Kayser, Assistant U.S. Attorney
   For Defendant:    Paul Engh  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

PROCEEDINGS:

   ☒ **Change of Plea Hearing.**
   ☒ Straight Up Plea
      ☒ Guilty as to Count(s): 1
   ☒ Presentence Investigation and Report requested.
   ☒ Defendant remanded to the custody of the U.S. Marshal.

s/Jackie Ellingson<br>
Courtroom Deputy