UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CALEB STUART LOFALD,

          Defendant.

Criminal No. 15-70 (ADM/LIB)

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Defendant Caleb Stuart Lofald's guilty plea to the Court; on the Defendant's admissions at the Plea Colloquy in this matter; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and on the Court's determination that, based on the Defendant's guilty plea and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1.     the Motion of the United States for a Preliminary Order of Forfeiture [Docket No. 44] is **GRANTED;**

2.     the following property is forfeited to the United States pursuant to 18 U.S.C. § 2253(a):

    a.     Panasonic HDC-TM60 Camera;

    b.     Seagate FreeAgent 500GB portable hard drive bearing serial number 2GE62KEO;

    c.     Samsung Galaxy S5 active cellular phone in camo case;

        d.        WD Scorpio Blue 750GB Saga HD internal hard drive bearing serial number WXS IE62RHFA6;

        e.        Seagate FreeAgent I TB portable hard drive bearing serial number NA05DHNQ;

        f.        WD portable hard drive bearing serial number WX50A5931635;

        g.        WD portable hard drive bearing serial number WXE307516969;

        h.        Dell Inspiron Laptop model pp081, service tag# hn26s41;

        i.        Seagate Barracuda 750GB Sata hard drive bearing serial number 9VP3LPYV.

        j.        Sony Cybershot camera model DSC-s70 bearing serial number 121471 with 128 mb memory stick;

        k.        2TB Seagate portable drive bearing serial number 2GHPODR5;

        I.        Western Digital portable hard drive bearing serial number MANM7131307;

        m.        Seagate external 640 GB hard drive bearing serial number 2GEVF86T;

        n.        Samsung Galaxy S cell phone meid hex: A0000023E89803;

        o.        Motorola cell phone bearing serial number T02490Hp44; and

        p.        Samsung Galaxy S cell phone meid hex: A0000024308e3b with 16GB micro SD card.

        3.        the Attorney General or her authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

        4.        the United States shall, pursuant to 21 U.S.C. § 853(n)(1) as incorporated by 18 U.S.C. § 2253(b), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7. this Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: August 26, 2015

s/Ann D. Montgomery
ANN D. MONTGOMERY, Judge
United States District Court