# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Caleb Stuart Lofald,

        Defendant(s)

### COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 15cr70 ADM/LIB |
| Date: | November 23, 2015 |
| Court Reporter: | Tim Willette |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 12:05 a.m. |
| Time in Court: | 1 Hour |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Carol Kayser, Assistant U.S. Attorney
For Defendant: Caleb Lofald:  Paul Engh, Retained

☒ Sentencing

IT IS ORDERED:

Defendant is sentenced to:

| **Count No.** | **Plea** | **BOP** | **SR** |
|---|---|---|---|
| 1 | ☒ | 210 months | 25 years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100 to be paid.
☒ Defendant remanded to the custody of the U.S. Marshal.

                                            s/Jackie Ellingson
                                        Signature of Courtroom Deputy